UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    :
ALFREDO ROMAN LOPEZ,    :
    :
    Plaintiff,    :
    :    23-CV-2953 (JMF)
  -v-    :
    :    <u>ORDER</u>
PARKOFF OPERATING CORP. et al.,    :
    :
    Defendants.    :
    :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The initial pretrial conference in this action was scheduled for June 27, 2023, *see* ECF No. 20, but Defendants have not yet appeared, and the docket does not reflect that the summonses and Complaint were served on Defendants (though time remains for proper service). Accordingly, the conference is hereby rescheduled to **August 8, 2023,** at **9:00 a.m.**  No later than **July 9, 2023**, Plaintiff shall proof of service on the docket for the summonses and complaint.

    SO ORDERED.

Dated: June 20, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge