UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alfredo Roman Lopez,<br><br>      Plaintiff,<br><br>    -against-<br><br>Parkoff Operating Corp., New Park Management LLC, BP Assets 62 LLC, BP Assets 46 LLC, BP Assets 82 LLC, David Freeman individually and in his capacity as Officer or Agent of New Park Management LLC, Fatime Shabaj individually and in her capacity as Officer or Agent of New Park Management LLC,<br><br>      Defendants. | 23-CV-2953 (JGLC)<br><br>**NOTICE OF<br>REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

   This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect, including Dkts.19 and 20, notwithstanding the case's reassignment. Plaintiff shall file proof of service upon receipt in accordance with Dkts. 21 and 22, and the case remains referred to Magistrate Judge Aaron for settlement purposes per Dkts. 19 and 20. The currently scheduled initial pretrial conference before the Court, however, is adjourned pending further order of the Court.  **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: June 28, 2023
     New York, New York

                      SO ORDERED.

                      *Jessica Clarke*
                      JESSICA G. L. CLARKE
                      United States District Judge