UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFREDO ROMAN LOPEZ,

                Plaintiff,

-against-

PARKOFF OPERATING CORP. et al.,

                Defendants.

23-CV-2953 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      As discussed at the conference on November 26, 2024, the deadline for the completion of all fact and expert discovery is hereby extended to April 11, 2025. Plaintiff must make any expert disclosures by February 14, 2025, and any rebuttal disclosures by Defendants are due March 14, 2025. The parties may agree among themselves to modify the expert disclosure deadlines. The Court will not, however, grant any further extensions of the final discovery deadline.

      Any dispositive or *Daubert* motions are due May 16, 2025, with any oppositions due June 13, 2025, and any replies due June 27, 2025. The Court will refer the parties to the Mediation Program by separate order but that referral will have no effect on the dates set herein without leave of Court.

Dated: December 3, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        JESSICA G. L. CLARKE
                                        United States District Judge