UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFREDO ROMAN LOPEZ,<br><br>                    Plaintiff,<br><br>        -against-<br><br>PARKOFF OPERATING CORP., et al.,<br><br>                    Defendants. | 23-CV-2953 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      The parties were ordered to provide the Court with the terms of the settlement in order to ensure that, in compliance with the FLSA, they are fair and reflect a reasonable compromise of disputed issues. The parties were also ordered to provide the Court with a joint letter of no more than five (5) pages explaining why they believe the settlement reflects a fair and reasonable compromise of disputed issues. Although the deadline to comply with the Court's order has passed and the parties failed to timely seek an extension, the Court grants the parties' requested extension to submit these documents. The parties shall submit these documents by April 25, 2025.

      The Clerk of Court is respectfully directed to terminate ECF No. 64, and in light of the parties reaching an agreement on all issues at mediation (*see* ECF No. 62), terminate ECF No. 59.

Dated: April 1, 2025
       New York, New York

                                                      SO ORDERED.

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge