# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

April 25, 2025



**MEMO ENDORSED**

**VIA ECF**

Hon. Jessica G. L. Clarke
U.S Courthouse
500 Pearl Street
New York, NY 10007

Re: Lopez v. Parkoff Operating Corp, et al., 23-cv-2953 (JGLC)

Dear Judge Clarke:

    We represent the Defendants in this action. I write with Plaintiff's counsel's consent to request a two-week extension of time for the parties to consummate the reported settlement of this Action. The current deadline is April 25, 2025. The new deadline would be May 9, 2025. This is a second extension request.

    We regret the need for a second request. The parties are working in good faith and have been communicating amicably. The parties are still discussing substantive issues regarding settlement terms, however, and those discussions were somewhat slowed in April due to personal and professional calendar conflicts (owing to Defendants, not Plaintiff). We apologize for the delay. This request affects no other scheduled dates or deadlines.

    Thank you.

Very truly yours,

*/s/ Arthur J. Robb*

Arthur J. Robb

Cc:    All Counsel of Record (via ECF)

Application GRANTED. The parties' deadline to file their Cheeks submission is extended to **May 9, 2025**. The Clerk of Court is directed to terminate ECF No. 66.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 28, 2025
       New York, New York