USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alfredo Roman Lopez,

                  Plaintiff,

-against-

Parkoff Operating Corp. et al.,

                  Defendants.

1:23-cv-02953 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case contains one or more claims arising under the Fair Labor Standards Act. Following mediation, the parties reached a settlement in principle. (*See* ECF No. 62.) The parties thereafter consented to have all proceedings held before the undersigned. (Consent Order, ECF No. 69.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

    Any such letter or motion shall be filed by Friday, May 30, 2025, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

    The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and

the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

**SO ORDERED.**

Dated:   New York, New York
         May 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2