**CLIFTON BUDD & DeMARIA**
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2025

June 10, 2025

**VIA ECF**

Hon. Stewart D. Aaron
U.S Courthouse
500 Pearl Street
New York, NY 10007

The parties' belated request is GRANTED. SO ORDERED.
Dated: June 10, 2025

Re: Lopez v. Parkoff Operating Corp, et al., 23-cv-2953 (JGLC)(SDA)

Dear Judge Aaron:

    We represent the Defendants in this action. I write with Plaintiff's counsel's consent to request a two-week extension of time for the parties to consummate the reported settlement of this Action. The current deadline is June 9, 2025. The new deadline would be June 23, 2025. We make this request because Defendants require additional time to review the proposed settlement agreement with counsel.

    Thank you.

Very truly yours,

Arthur J. Robb

Cc:    All Counsel of Record (via ECF)