UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ALFREDO ROMAN LOPEZ, :
:
                Plaintiff,    :   1: 23-cv-02953-SDA
:
vs. :   **JUDGMENT**
:
PARKOFF OPERATING CORP., NEW PARK :
MANAGEMENT LLC, BP ASSETS 62 LLC, :
BP ASSETS 46 LLC, BP ASSETS 82 LLC, :
DAVID FREEMAN individually and in his capacity :
as Officer or Agent of NEW PARK :
MANAGEMENT LLC, FATIME SHABAJ :
individually and in her capacity as :
Officer or Agent of NEW PARK MANAGEMENT :
LLC, :
                Defendants. :
-------------------------------------------------------------------x

      **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by ALFREDO ROMAN LOPEZ ("Plaintiff") on June 30, 2025; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants PARKOFF OPERATING CORP., NEW PARK MANAGEMENT LLC, BP ASSETS 62 LLC, BP ASSETS 46 LLC, BP ASSETS 82 LLC, DAVID FREEMAN individually and in his capacity as Officer or Agent of NEW PARK MANAGEMENT LLC, FATIME SHABAJ individually and in her capacity as Officer or Agent of NEW PARK MANAGEMENT LLC, ("Defendants"), in the amount of $25,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

      **SO ORDERED:**

      *[signature]*
      _____
      United States Magistrate Judge